February 20, 2004

No. 03–1027. Rumsfeld, Secretary of Defense v. Padilla et al. C. A. 2d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 17, 2004. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 2004. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel

1174

on or before 3 p.m., Wednesday, April 21, 2004.